UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF WISCONSIN

Ray Rubenzer,

        Plaintiff,

v.                                                  Civil Action Number: 11-CV-445

Lois Melgaard and
David Melgaard,

        Defendants.

**CONSENT JUDGMENT**

Defendants Lois Melgaard and David Melgaard d/b/a Top Notchman Band consent to judgment as follows:

1. Defendants will pay plaintiff the amount of $25,000.00;
2. Defendants have no right, license or title to the infringing song "C'mon and Sing";
3. Defendants will provide to plaintiff all copies of the song "C'mon and Sing" in their possession;
4. Defendants acknowledge that plaintiff is entitled to all right, title and license to the infringing song "C'mon and Sing";
5. Defendants acknowledge that their song "C'mon and Sing", is an infringement on the plaintiff's copyrighted song "Yodelin' Boy Polka";
6. The parties shall be responsible for their own attorney fees and costs.

Judgment entered this 13th day of September, 2011.

BY THE COURT:

_____
Honorable Stephen L. Crocker
Magistrate Judge

Judgment entered this 13th day of September, 2011.

By: Lynn Kamla, Deputy Clerk
Clerk, U.S. District Court