UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF WISCONSIN

Ray Rubenzer,

        Plaintiff,

v.                                  Civil Action Number: 11-CV-445

Lois Melgaard and
David Melgaard,

        Defendants.

## CONSENT JUDGMENT

    Defendants Lois Melgaard and David Melgaard d/b/a Top Notchman Band consent to judgment as follows:

1. Defendants will pay plaintiff the amount of $25,000.00;

2. Defendants have no right, license or title to the infringing song "C'mon and Sing";

3. Defendants will provide to plaintiff all copies of the song "C'mon and Sing" in their possession;

4. Defendants acknowledge that plaintiff is entitled to all right, title and license to the infringing song "C'mon and Sing";

5. Defendants acknowledge that their song "C'mon and Sing", is an infringement on the plaintiff's copyrighted song "Yodelin' Boy Polka";

6. The parties shall be responsible for their own attorney fees and costs.

Judgment entered this 13nt day of September, 2011.

                                                  BY THE COURT:

                                                  _____
                                                  Honorable Stephen L. Crocker
                                                  Magistrate Judge

Judgment entered this 13th day of September, 2011.

By: Lynn Kanila, Deputy Clerk
Clerk, U.S. District Court